IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>DENNIS TIMOTHY WOOD,<br><br>              Defendant. | **4:14CR3102**<br><br>**ORDER** |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 117) is granted.

2. Defendant Dennis Timothy Wood's violation of supervised release hearing is continued to December 4, 2020, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 20th day of August, 2020.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge