IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3102 |
| vs. | ORDER |
| DENNIS TIMOTHY WOOD, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 119) is granted.

2. The operative petition for offender under supervision (filing 105) is dismissed.

3. The December 4, 2020 hearing is cancelled.

Dated this 23rd day of October, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge